IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| vs. | ) CRIM. ACT. NO. 1:23-cr-57-TFM-B |
| | ) |
| TROY ANTHONY BROWN | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

On June 12, 2023, the Defendant Troy Anthony Brown, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging a violation of Title 21, United States Code, Section 841(a)(1), Possession with Intent to Distribute Heroin.  *See* Docs. 18, 19.  The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted.  *See* Doc. 20.  No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court.  The plea of guilty of the Defendant to Count One of the Indictment is accepted, and the Defendant is adjudged guilty of the offense.

A sentencing hearing has been scheduled for **September 14, 2023, at 2:30 p.m.**  *See* Doc. 21.  The Defendant will remain in custody pending sentencing

**DONE** and **ORDERED** this 27th day of June, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE